General Counsel SIAN SCHILHAB

Cornell McHenry

Re. Tr. Ct. No 12F0117-202
COA. No. 06-14-00131-CR
WR-83,938-01
P.D.-1243-15

Petition for Writ of Cert.

Clerk Abel Acosta

RECEIVED
IN SUPREME COURT
OF TEXAS

NOV 20 2015

By_____ Clerk
By_____ Deputy

RECEIVED
IN SUPREME COURT
OF TEXAS

NOV 20 2015

By____

11-12-15

82,938-03

## Letter to the Courts

I Cornell McHenry, advising the Court of Criminal Appeals, that my Constitutional rights to a fair trial were violated and Trial Court 12F0117-202 for Conflict of Entrace Dequeener Mitchell, State Witness plus accomplish Pled Guilty of the same charges Poss of Control Substance twice 2 in 2012, With Counsel Rick Shumaker as public Defender for Bowie County Texas, Mr. Rick Shumaker was my Attourney at my Trial in 2014 which I feel was Insufficient and Effective Counsel, harm was caused Conflict of Entrace, Tex Code of Crim. Pro Art 1.051(a)(2). Ex parte Jarrett, 891 SW.2d 935 (Tex. Crim. App. 1994)). I prey for Releif on these grounds, I thought the Courts should look at this briefly. With Response or Reciept.

RECEIVED IN
COURT OF CRIMINAL APPEALS

NOV 24 2015

Abel Acosta, Clerk

Respectfully Submitted
God Bless You

Cornell McHenry